IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Randy Young,                               :

      Plaintiff              :       Civil Action 2:13-cv-00220

v.                                         :       Judge Sargus

Winchester Square, LLC,                    :       Magistrate Judge Abel

      Defendant              :

**ORDER**

The preliminary pretrial conference set for June 13, 2013 is CANCELLED. If a dismissal entry has not been filed, counsel are DIRECTED to schedule a telephone conference no later than July 19, 2013.

s/Mark R. Abel
United States Magistrate Judge
